IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
C.D., a Minor, by and        )
Through Her Mother and       )
Next Friend, Cynthia         )
Davenport,                   )
                             )
        Plaintiff,           )
                             )      CIVIL ACTION NO.
     v.                      )        2:14cv952-MHT
                             )            (WO)
COCA-COLA REFRESHMENTS       )
USA, INC., and ALABAMA CVS   )
PHARMACY, LLC,               )
                             )
        Defendants.          )
```

## JUDGMENT

Based upon the joint stipulation of dismissal (doc. no. 31) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ORDERED that defendant Alabama CVS Pharmacy, LLC is dismissed and terminated as a party, with costs taxed as paid. All claims against defendant Coca-Cola Refreshments USA, Inc. remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 21st day of April, 2015.**

                                       **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**