IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| C.D., a Minor, by and Through Her Mother and Next Friend, Cynthia Davenport, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv952-MHT (WO) |
| COCA-COLA REFRESHMENTS USA, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

This lawsuit, in which a proposed settlement has been reached, is before the court on the parties' joint motion for appointment of a guardian ad litem and request for pro ami hearing for the minor C.D. Based on the representations made on the record on May 21, 2015, it is ORDERED that the motion and request (doc. no. 36) are granted as follows:

(1) Karen Laneaux, Esq., 207 Montgomery Street, Bell Building, Suite 1010, Montgomery, Alabama, 334.269.5930, <kmastin@bellsouth.net>, is appointed as guardian ad litem to represent the minor C.D.

(2) By agreement of the parties, defendant Coca-Cola Refreshments USA, Inc. is to pay the attorney's fees and expenses of the guardian ad litem, with those fees and expenses not to be subtracted from the amount of the proposed settlement.

(3) The clerk of the court is to arrange for the guardian ad litem to receive a copy of the file in this case.

(4) An on-the-record fairness hearing on the proposed settlement is set for June 10, 2015, at 11:00 a.m.  Counsel for the parties are to arrange for the hearing to be conducted by telephone.  Counsel for all parties, the minor's mother, and the guardian ad litem are to be available for the hearing.

(5) On or before noon on June 9, 2015, the guardian ad litem is to file, under seal, a report as to whether and, if so, why the court should approve the proposed settlement for the minor.

DONE, this the 22nd day of May, 2015.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**