IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| C.D., a minor, by and Through Her Mother and Next Friend, Cynthia Davenport,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COCA-COLA REFRESHMENTS USA, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>2:14cv952-MHT<br>(WO) |

ORDER

The court having been informed that this case is settled, it is further ORDERED that all unresolved motions are denied as moot.

DONE, this the 22nd day of May, 2015.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE