IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| C.D., a minor, by and Through Her Mother and Next Friend, Cynthia Davenport,<br><br>    Plaintiff,<br><br>    v.<br><br>COCA-COLA REFRESHMENTS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:14cv952-MHT<br>)        (WO)<br>)<br>)<br>)<br>) |

SUPPLEMENTAL ORDER

It is ORDERED as follows:

(1) At the June 10 fairness hearing, the parties are to present evidence that satisfies the question "What testimony and evidence should be produced at the hearing?" contained in the article William E. Shreve, Jr., <u>Settling the Claims of a Minor</u>, 72 Ala. Law. 308, 309 (2011).

(2) Two business days prior to the hearing, the parties should submit to the court a proposed opinion and order that satisfy the question "What should be

included in the order approving the settlement?" contained in said article.

    DONE, this the 26th day of May, 2015.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE